**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 96-7028**

———————————————

BILLY TRUMAN WINGO,

Plaintiff - Appellant,

versus

SERGEANT KING, Pulaski Correctional Unit; COR-
RECTIONAL OFFICER HAMMER, Pulaski Correctional
Unit,

Defendants - Appellees.

———————————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Chief District
Judge.  (CA-96-365)

———————————————

Submitted:  October 17, 1996      Decided:  October 25, 1996

———————————————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Billy Truman Wingo, Appellant Pro Se.  Susan Campbell Alexander,
Assistant Attorney General, Richmond, Virginia, for Appellees.

———————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wingo v. King</u>, No. CA-96-365 (W.D. Va. June 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>